ACCEPTED
04-14-00472-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/11/2015 4:23:16 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00472-CV

**IN THE
FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/11/2015 4:23:16 PM
VOID EM
KEITH E. HOTTLE
Clerk

**ARC PARKLANE, INC., D/B/A PARKLANE WEST HEALTHCARE
CENTER,**

**Appellant**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/12/2015 4:23:16 PM
KEITH E. HOTTLE
Clerk

**v.**

**ARVEL SEALS, JR. AS REPRESENTATIVE OF THE ESTATE OF DORA
SYLVIA LEHRMAN, DECEASED,**

**Appellees**

## AGREED JOINT MOTION TO DISMISS INTERLOCUTORY APPEAL

The parties to this appeal, through their undersigned counsel of record, file this Agreed Joint Motion to Dismiss Interlocutory Appeal and respectfully show the following:

### INTRODUCTION

The present interlocutory appeal was filed by Arc Parklane, Inc. D/B/A Parklane West Healthcare Center ("appellant"). Appellee is Arvel Seals, Jr. as Representative of the Estate of Dora Sylvia Lehrman, Deceased.

This suit is before this Court on appeal from the following trial court order:

> Order: Defendant's Motions to Compel Arbitration (signed by the trial court on June 13, 2014 in Cause Number 2013-CI-17605).

2

This interlocutory appeal was filed pursuant to Section 51.016 of the Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE § 51.016 (authorizing an interlocutory appeal from an order denying a motion to compel arbitration under the Federal Arbitration Act). Also pending before this Court is related Cause Number 04-14-00473-CV.

On September 24, 2015, this Court entered an order abating the present interlocutory appeal so that the parties could mediate their dispute, and further ordered that appellant file in this Court no later than November 11, 2015 either a motion to dismiss the appeal or a motion to reinstate the appeal on the Court's docket.

The parties have reached a settlement agreement regarding the underlying dispute in this appeal. Under the terms of the settlement, various actions need to be taken in the trial court. Therefore, pursuant to Texas Rule of Appellate Procedure 42.1, appellant and appellee jointly request the Court dismiss this appeal.

Accordingly, Appellant Arc Parklane, Inc. D/B/A Parklane West Healthcare Center and Appellee Arvel Seals, Jr. as Representative of the Estate of Dora Sylvia Lehrman, Deceased jointly ask this Court to dismiss the appeal.

Respectfully submitted,

BY:  /s/ Lorien Whyte

3

Lorien Whyte

R. Barry Brin
State Bar No. 00792371
bbrin@brinandbrin.com
Lorien Whyte
State Bar No. 24042440
lwhyte@brinandbrin.com
Brin & Brin, P.C.
6223 IH 10 West
San Antonio, Texas 78201
(210) 341-9711 telephone
(210) 341-1854 facsimile
***Attorneys for Appellant***

BY:   /s/ Gavin McInnis
      Gavin McInnis

      Gavin McInnis
      Texas Bar No. 13679800
      gavin@marynellmaloneylawfirm.com
      Marynell Maloney
      Texas Bar No. 12883200
      marynell@marynellmaloneylawfirm.com
      115 E. Travis, Suite 1800
      San Antonio, Texas 78205
      Telephone: (210) 212-8000
      Facsimile: (210) 212-8385
      ***Attorneys for Appellees***

**CERTIFICATE OF SERVICE**

This is to certify that on the 11th day of November 2015 a copy of this motion was served pursuant to the Texas Rule of Appellate Procedure 9.5 upon the following counsel:

4

Marynell Maloney
Gavin McInnis
Marynell Maloney Law Firm,
P.L.L.C.
115 East Travis Street, Suite 1800
San Antonio, Texas 78205
(210) 212-8000 Phone
(210) 212-8385 Fax

/s/ Lorien Whyte